UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RANDALL GREER,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　**Case No: 6:15-cv-677-Orl-41GJK**

**WAYNE IVEY, TOWN OF
INDIALANTIC, JAMES HAMAN and
DIOMEDIS CANELA,**

    **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Defendant Sheriff Ivey's Agreed Motion to Tax Costs (Amended) ("Agreed Motion," Doc. 316). United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation ("R&R," Doc. 319), in which he recommends granting the Agreed Motion. The R&R also recommends the Court enter a judgment for costs against Plaintiff Randall Greer as personal representative for the Estate of Christopher Greer in favor of Defendant Wayne Ivey, in his official capacity as Sheriff of Brevard County, in the amount of $19,928.51.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the Report and Recommendation. It is therefore **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 319) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant Sheriff Ivey's Agreed Motion to Tax Costs (Amended) (Doc. 316) is **GRANTED**.

3. The Clerk is directed to enter a cost judgment in the amount of $19,928.51 for costs against Plaintiff Randall Greer as personal representative for the Estate of Christopher Greer and in favor of Defendant Wayne Ivey, in his official capacity as Sheriff of Brevard County.

**DONE** and **ORDERED** in Orlando, Florida on October 25, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record