UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RANDALL GREER,**

       **Plaintiff,**

**v.**                                            **Case No:  6:15-cv-677-Orl-41GJK**

**WAYNE IVEY, TOWN OF
INDIALANTIC, JAMES HAMAN and
DIOMEDIS CANELA,**

       **Defendants.**

                                                /

**ORDER**

THIS CAUSE is before the Court on Defendant Canela's Motion for Authorization to Access Electronic Audio/Visual Equipment at Trial ("Motion," Doc. 370). The Motion requests that Defendant's counsel be permitted to bring cell phones, laptops, and a printer into the Courthouse for the upcoming trial beginning on January 21, 2020. Upon consideration, it is **ORDERED** and **ADJUGED** that the Motion (Doc. 370) is **DENIED as moot**[1] **in part** and **GRANTED in part**. Pursuant to *In re Possession and Use of Personal Electronic Devices in Federal Courthouses in the Middle District of Florida*, 6:13-mc-94-orl-22, at 3 (M.D. Fla. Sept. 26, 2013), *available at* https://www.flmd.uscourts.gov/standing-orders-plans-procedures,[2]

---

[1] The Court notes that Defendant's Motion also fails to comply with Local Rule 3.01(g). However, since the parties previously filed a Joint Motion for Authorization to Access and Use Electronic Audio/Video Equipment at Trial (Doc. 350), the Court presumes this Motion is not objected to and will not deny it on this basis.

[2] Previously, Defendant Canela filed a Motion for Leave to Use Electronic Equipment During Trial (Doc. 362), which the Court denied without prejudice. (Jan. 7, 2020 Endorsed Order, Doc. 363). In that Order, the Court cited the standing order above and directed Defendant to review it before refiling its Motion. Indeed, this Motion cites to this standing Order. (Doc. 370 at 2). The Order specifically allows attorneys "permitted to practice law in the Middle District of Florida" to bring "any personal electronic device beyond the courthouse's security checkpoint."

counsel may bring personal electronic devices, including laptops and cell phones, into the courtroom without an additional court order. The following individual shall be permitted to bring the following electronic device through the security checkpoint:

| Name of person allowed to bring in devices: | Gregory J. Jolly |
| --- | --- |
| List of devices allowed: | Office Jet Pro 6978 printer |
| Location of where devices may be used: | Courtroom 5B |
| Date: | Trial commencing January 21, 2020 |

**DONE** and **ORDERED** in Orlando, Florida on January 13, 2020.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record