

# Office of the Medical Examiner

### Eighteenth District - Brevard County
**District Medical Examiner Sajid Qaiser, MD, FCAP, FRCPC**
*Diplomate of American Board of Pathology - Anatomic, Clinical & Forensic*
*Diplomate of Royal College of Physicians & Surgeons of Canada*
**Associate Medical Examiner Krzysztof Podjaski, MD**
1750 Cedar Street, Rockledge, FL 32955 - Phone (321) 633-1981 • Fax (321) 633-1986

| | | | |
|---|---|---|---|
| **Name of Deceased:** | CHRISTOPHER GREER | **ME#:** | A-13-034 |
| **Place of Residence:** | 700 N. SHANNON AVENUE<br>INDIALANTIC, FL 32903 | **Age:** | 49 |
| **Place of death:** | 700 N. SHANNON AVENUE<br>INDIALANTIC, FL 32903 | **Race:** | W |
| **Date and time of death:** | 01/13/2013 @ 1822 HOURS | **Sex:** | M |
| **Date and time of autopsy:** | 01/14/2013 @ 0950 HOURS | | |

**CAUSE OF DEATH:** MULTIPLE GUNSHOT WOUNDS

**MANNER OF DEATH:** HOMICIDE

## AUTOPSY FINDINGS

1. Multiple injuries of lungs and heart, with associated bilateral hemothoraces and hemopericardium due to gunshot wounds of chest.
2. Multiple injuries of liver, stomach, small and large bowel, and kidneys, with associated hemoperitoneum due to multiple gunshot wounds of abdomen.
3. Fractures of left ulna and radius due to gunshot wound.
4. Multiple graze-type injuries, abrasions and lacerations due to multiple gunshot wounds of neck, torso and extremities.
5. Hypertrophic heart disease (600 grams).
6. Mild coronary atherosclerotic disease.
7. Pulmonary emphysema, with associated severe anthracosis.

_____
Krzysztof B. Podjaski, M.D.
Associate Medical Examiner

Name of Deceased:            Christopher Greer            ME#: A-13-034

## POST MORTEM CHANGES:

Rigor mortis is generalized and easy to break. Livor mortis is well developed, is in the dorsal distribution with the exception of the regions exposed to pressure, is the usual violaceous color, and fails to blanch with pressure.

## FEATURES OF IDENTIFICATION:

The body is that of a well-developed, obese, white male appearing the recorded age of 49 years. The body has been refrigerated and is cold to the touch. The body measures 74 inches in length and weighs 233 pounds. The head hair is brown, with a small amount of gray, and measures up to 1 inch in length over the crown. The irides are brown. The teeth are natural and in poor repair. A mustache and beard are present. One tattoo is over the right dorsal forearm. Multiple healed, linear scars are scattered over the right upper arm. The foreskin is short. The fingernails are untrimmed and unfractured.

## X-RAY EXAMINATION:

Multiple x-rays of the head, neck, torso and extremities are performed, showing multiple radiopaque objects consistent with deformed and fragmented projectiles.

## DIAGNOSTIC AND THERAPEUTIC DEVICES AND MARKINGS:

1. Multiple EKG conductor pads are over the anterior torso.
2. Pacemaker conductor pads are over the anterior chest.

## EXTERNAL EXAMINATION:

The head is normocephalic. The nasal and facial bones are without palpable fractures. The pupils are equally dilated to a diameter of 0.5 cm. The sclerae are anicteric. The conjunctivae are pale with no periorbital or conjunctival petechiae. The septum of the nose is in the midline. The external meati and mastoid regions are unremarkable.

The neck is symmetrical, and the trachea is in the midline. The neck is not crepitant or excessively mobile.

The torso is symmetrical and normally developed. The abdomen is not distended and is free of palpable organomegaly. The external genitalia are those of a normally developed adult male. The external genitalia and anorectal areas are unremarkable.

Name of Deceased:          Christopher Greer               ME#: A-13-034

The upper and lower extremities are symmetrical and normally developed. The hands and feet are normally formed. All digits are present.

## EVIDENCE OF ACUTE INJURY:

Multiple gunshot wounds are numerically identified. The numeric identification does not necessarily indicate the severity or sequence of the gunshot wound.

### 1. Perforating, indeterminate-range gunshot wound of chin and neck.

#### Entrance

The entrance wound is just below the right chin, represented by a gaping defect measuring 1¼ x ½ inch with a skin tag pointing towards the direction of the bullet. No soot or stippling is associated with this gunshot wound. The entrance wound is centered 9 inches from the top of the head and 1½ inch right of the anterior midline.

#### Direction

The wound track is front to back, slightly left to right and in the horizontal plane.

#### Path

The wound track is through the skin, subcutaneous tissues and soft tissues, including the right external jugular vein, of the right lateral neck compartment. Associated with the described-above gunshot wound is interstitial hemorrhage along the wound track.

#### Exit

The exit wound is in the right posterior neck, represented by a slit-like defect measuring ¾ inch in length with associated tears of margin. The exit wound is centered 9 inches from the top of the head and 2 inches right of the posterior midline.

### 2. Penetrating, indeterminate-range gunshot wound of neck, chest and abdomen.

#### Entrance

The entrance wound is in the right lateral lower neck, represented by a circular defect measuring ¼ inch in diameter with associated an abrasion measuring ⅜ inch and with multiple graze defects measuring up to ¼ x ⅛ inch located at the 12:00 o'clock position. No soot or stippling is associated with this gunshot wound. The entrance wound is centered

3

Name of Deceased:            Christopher Greer            ME#: A-13-034

8¾ inches from the top of the head and 5 inches right of the anterior midline.

## Direction

The wound track is slightly back to front, slightly right to left and downward.

## Path

The wound track is through the skin, subcutaneous tissues and muscles of the right lateral lower neck, through the soft tissues adjacent to the first right rib, through the right lung, diaphragm, liver, small and large intestines, and finally partially through the right iliopsoas muscle. The bullet causes destruction along its trajectory and is associated with right hemothorax (450 cc), hemoperitoneum (300 cc) and interstitial hemorrhage along the wound track.

## Recovery

A severely deformed, jacketed, lead-core bullet bearing focal ballistic markings is recovered from the right iliopsoas muscle. The bullet is photographed and submitted to the investigating police agency.

**3. Penetrating, indeterminate-range gunshot wound of chest.**

## Entrance

The entrance wound is in the left mid chest, represented by a circular defect measuring ⅜ inch in diameter. No soot or stippling is associated with this gunshot wound. The entrance wound is centered 18 inches from the top of the head and 1¼ inches left of the anterior midline.

## Direction

The wound track is front to back, slightly right to left and downward.

## Path

The wound track is through the skin, subcutaneous tissues and muscles of the left mid chest, through the 5th left rib causing fracture, through the right and left ventricle of the heart, diaphragm, liver, stomach, small and large bowel, and finally through the mesentery and muscles of the lower abdomen. The bullet causes destruction along its trajectory and trajectories of multiple fragments of fractured rib. Associated with the described-above gunshot wound are left hemothorax (400 cc), hemoperitoneum (300 cc) and interstitial hemorrhage along the wound track.

Name of Deceased:                 Christopher Greer              ME#: A-13-034

## Recovery

A severely deformed, jacketed, large caliber, lead-core bullet bearing focal ballistic markings is recovered from the muscles of the lower abdomen. The bullet is photographed and submitted to the investigating police agency.

## 4. Penetrating, indeterminate-range gunshot wound of chest.

### Entrance

The entrance wound is in the left mid chest, represented by an oval defect measuring ½ inch in diameter. No soot or stippling is associated with this gunshot wound. The entrance wound is centered 19 inches from the top of the head and 3 inches left of the anterior midline.

### Direction

The wound track is front to back, slightly right to left and in the horizontal plane.

### Path

The wound track is through the skin, subcutaneous tissues and muscles of the left mid chest, through the 6th-7th left ribs causing fractures, through the right and left ventricle of the heart, 8th left posterior rib causing fracture, and finally through the muscles of the left mid back. The bullet causes destruction along its trajectory and trajectories of multiple fragments of bones. Associated with the described-above gunshot wound is left hemothorax (400 cc) and interstitial hemorrhage along the wound track.

### Recovery

A severely deformed, jacketed, lead-core bullet bearing focal ballistic markings is recovered from the muscles of the left mid back. The bullet is photographed and submitted to the investigating police agency.

## 5. Penetrating, indeterminate-range gunshot wound of chest.

### Entrance

The entrance wound is in the right mid chest, represented by two irregular defects measuring 1 x ½ inch and 1 x ¾ inch in diameter respectively. No soot or stippling is associated with this gunshot wound. The entrance wounds are centered 18 and 19 inches from the top of the head respectively, and 4 and 3½ inches right of the anterior midline respectively. Out of the two defects, only the lower is associated with a penetrating gunshot wound.

5

Name of Deceased:    Christopher Greer    ME#: A-13-034

## Direction

The wound track is front to back, right to left and slightly downward.

## Path

The wound track is through the skin, subcutaneous tissues and muscles of the upper abdominal region, through the liver, large and small bowel, and finally partially through the muscles of the sacral area. Associated with the described-above gunshot wound are hemoperitoneum (300 cc) and interstitial hemorrhage along the wound track.

## Recovery

A severely deformed, lead-core bullet and severely deformed separated jacket bearing focal ballistic markings are recovered from the muscles of the sacral area. The bullet is photographed and submitted to the investigating police agency.

## 6. Penetrating, indeterminate-range gunshot wound of abdomen.

## Entrance

The entrance wound is in the right mid abdominal region, represented by a circular defect measuring ¼ inch in diameter. No soot or stippling is associated with this gunshot wound. The entrance wound is centered 27½ inches from the top of the head and 6 inches right of the anterior midline.

## Direction

The wound track is front to back, right to left and in the horizontal plane.

## Path

The wound track is through the skin and subcutaneous tissues of the right mid abdominal region, through the large and small bowel, lower pole of the right kidney, lower pole of the left kidney, and finally partially through the muscles of the left abdomen. The bullet causes destruction along its trajectory and is associated with hemoperitoneum (300 cc) and interstitial hemorrhage along the wound track.

## Recovery

A severely deformed, jacketed, large caliber, lead-core bullet bearing focal ballistic markings is recovered from the muscles of the left abdomen. The bullet is photographed and submitted to the investigating police agency.

6

Name of Deceased:                Christopher Greer                ME#: A-13-034

## 7. Perforating, indeterminate-range gunshot wound of right armpit.

### Entrance

The entrance wound is represented by two gaping defects measuring 4 x 1½ inch and 3 x 1 inch, with associated adjacent contusions. No soot or stippling is associated with this gunshot wound. The entrance wound is centered 27 inches from the tip of the index finger in the upper right armpit.

### Direction

The wound track is front to back and downward in the sagittal plan.

### Exit

The exit wound is represented by an irregular defect measuring 1¼ inch in diameter located 2 inches below the entrance wound. No soot or stippling is associated with this gunshot wound.

## 8. Perforating, indeterminate-range gunshot wound of forearm.

### Entrance

The entrance wound is in the left dorsal forearm, represented by an oval defect measuring ½ inch in diameter. No soot or stippling is associated with this gunshot wound. Associated with the described-above gunshot wound is a circular abrasion measuring 3/16 inch located at the 6:00 o'clock position. The entrance wound is centered 9 inches from the tip of the left index finger and ½ inch right of the posterior midline.

### Direction

The wound track is back to front, slightly right to left and upward.

### Path

The wound track is through the skin, subcutaneous tissues, muscles, left radius and ulna causing fractures, and finally through the skin of the left ventral forearm. Associated with the described-above gunshot wound is interstitial hemorrhage along the wound track.

### Exit

The exit wound is in the ventral forearm, represented by two defects measuring 2¼ x ¾ inch and 1½ x ½ inch respectively. No soot or stippling is associated with this gunshot wound. The exit wound is centered 11 inches from the tip of the index finger in the anterior midline.

7

Name of Deceased:                 Christopher Greer                ME#: A-13-034

## EVIDENCE OF ADDITIONAL INJURY:

Multiple irregular abrasions measuring up to ¼ x ½ inch in diameter and multiple linear abrasions measuring up to 1¼ inch in length are scattered over predominantly the mid chest and right shoulder.

Multiple healing abrasions measuring up to 8 x 2 inches are scattered over the right ventral forearm.

## INTERNAL EXAMINATION

The skin of the chest and abdomen is reflected using the Y-shaped incision. Examination of the organs in situ shows normal organ morphology and relationship. The diaphragm is intact.

The thoracic and abdominal organs are removed using the Virchow technique and are serially examined. The following notable findings are observed:

Cardiovascular System:

The heart weighs 600 grams and exhibits biventricular dilatation. The coronary arteries are normally distributed with a dominant left coronary artery and exhibit mild atherosclerotic disease. The epicardium, valve leaflets, chordae, papillary muscles and endocardium appear unremarkable. The myocardium is tan-red and with no focal intramyocardial lesions. The thoracoabdominal aorta and its major branches are rubbery and thin.

Respiratory System:

The larynx, trachea and bronchi are lined by an intact, gray-tan mucosa and are free of injury. The hilar structures are normal. The major vessels are normally distributed and are free of gross abnormalities. The lungs appear similar and weigh 520 grams and 410 grams, right and left, respectively. The parenchyma of both upper lobes is remarkable for the presence of multiple emphysematous bullae measuring up to ¼ inch in diameter. There is no indication of pneumonia, embolus, infarction or neoplasia. Anthracosis is severe.

Gastrointestinal System:

The small and large intestines are normal to gross inspection and palpation. The serosa, wall and mucosa of the esophagus and stomach are grossly normal. The stomach contains a small amount of grayish material which is spilled throughout the abdominal cavity. The appendix is not visualized.

Hepatobiliary System and Pancreas:

The liver weighs 3190 grams. The hepatic capsule is smooth and glistening. The hepatic parenchyma shows minimal congestion. No fatty

**Name of Deceased:**                Christopher Greer                ME#: A-13-034

change, cirrhosis or focal intrahepatic lesions are present. The gallbladder contains approximately 3 cc of viscous green bile.

The pancreas shows the usual lobular architecture. No hemorrhage, pancreatic fibrosis, fat necrosis or neoplasia is present.

Genitourinary System:

The kidneys are symmetrical and weigh 200 grams and 210 grams, right and left, respectively. The capsules strip with ease and the cortical surfaces are smooth and unremarkable. The corticomedullary rations and junctions are normal. The pyramids, calyces, pelves and vessels are unremarkable. The urinary bladder is normal and contains approximately 300 cc of yellow urine. The prostate gland is grossly unremarkable.

Reticuloendothelial System:

The spleen weighs 170 grams. The red and white pulp is normal. The lymph nodes of the hilar, mediastinal and abdominal area appear normal. The bone marrow is unremarkable.

Musculoskeletal System:

The skeletal muscles are symmetrical, well developed and normal in appearance. The skeletal system exhibits the described-above fractures.

Endocrine System:

The thyroid gland is of normal size, symmetrical, tan-brown and is free of nodularity, hemorrhage or cyst. The adrenals are of normal size and are free of nodularity or hemorrhage. The pituitary gland is examined in situ and is grossly unremarkable.

Neck:

The skin of the neck is dissected up to the angle of the mandible. There is no evidence of soft-tissue trauma to the major airways or vital structures of the lateral neck compartments. The hyoid bone and thyroid cartilage are free of fracture. The carotid vessels are pliable and patent. No foreign objects are in the airways.

Head:

The scalp is reflected with the standard intermastoidal incision. The brain weighs 1390 grams. The gyri and sulci are of normal distribution and development. The vessels at the base of the brain are free of aneurysmal dilatation. The cerebellum and brainstem are normally formed. The cranial nerves are uniform. No focal or mass lesions are seen on the external or cut brain sections, and the brain is normal to palpation. Removal of the dura from the base of the skull shows the usual anatomic features.



**W   sthoff Reference Laboratory**
6800 Spyglass Court
Melbourne, Florida 32940
Julie Bell, M.D., Laboratory Director



| | |
|---|---|
| Patient:  GREER, CHRISTOPHER | Age:  **49**   Sex:  **M** |
| Client Patient ID:   18-13-034 | Account#:   VX13259 |
| Physician:  PODJASKI, KRZYSZTOF | Client: DIST 18 MEDICAL EXAMINER |

**TOXICOLOGY**

| Specimen Collected :01/14/2013 | Lab Order No: 251401532 | Reg Date: 01/14/13 |
|---|---|---|

| Test Name | Result | Units | Cutoff/Reporting Limits |
|---|---|---|---|

*VOLATILE PANEL - VOLP*

SPECIMEN TYPE
  CHEST FLUID

| | | | |
|---|---|---|---|
| ETHANOL | 0.222 | g/dL | 0.020 |
| ACETONE | NONE DETECTED | mg/dL | 7.5 |
| METHANOL | NONE DETECTED | mg/dL | 15.0 |
| ISOPROPANOL | NONE DETECTED | mg/dL | 15.0 |

Analysis by Gas Chromatography (GC) Headspace Injection

*BLOOD DRUG SCREEN - BDSME*

SPECIMEN TYPE
  CHEST FLUID
GC/MS
  NICOTINE METABOLITE, CAFFEINE
LC/MS/MS
  CLONAZEPAM, 7-AMINOCLONAZEPAM, CYCLOBENZAPRINE, PROPOXYPHENE, GABAPENTIN,
  CAFFEINE, CAFFEINE METABOLITE

*BLOOD IMMUNOASSAY SCREEN*

| | | | |
|---|---|---|---|
| BARBITURATES | NEGATIVE | mg/L | 0.100 |
| BENZODIAZEPINES | | mg/L | 0.050 |
| | Screening result suggests the need for further testing | | |
| BUPRENORPHINE | NEGATIVE | mg/L | 0.001 |
| CANNABINOIDS | NEGATIVE | mg/L | 0.050 |
| COCAINE METABOLITE | NEGATIVE | mg/L | 0.100 |
| FENTANYL | NEGATIVE | mg/L | 0.001 |
| METHADONE | NEGATIVE | mg/L | 0.050 |
| OPIATES | NEGATIVE | mg/L | 0.050 |
| SALICYLATES | NEGATIVE | mg/L | 50.0 |
| TRICYCLICS | POSITIVE | mg/L | 0.100 |



**W sthoff Reference Laboratory** )
6800 Spyglass Court
Melbourne, Florida 32940
Julie Bell, M.D., Laboratory Director

| | |
|---|---|
| Patient:  GREER, CHRISTOPHER | Age:  49  Sex:  M |
| Client Patient ID:    18-13-034 | Account#:   VX13259 |
| Physician:   PODJASKI, KRZYSZTOF | Client: DIST 18 MEDICAL EXAMINER |

TOXICOLOGY

| | | | |
|---|---|---|---|
| Specimen Collected :01/14/2013 | Lab Order No: 251401533 | | Reg Date: 01/14/13 |
| Test Name | Result | Units | Cutoff/Reporting Limits |

*URINE DRUG SCREEN COMPREHENSIVE - UDSME*

   SPECIMEN TYPE
    URINE

*URINE IMMUNOASSAY SCREEN*

| Test Name | Result | Units | Cutoff/Reporting Limits |
|---|---|---|---|
| AMPHETAMINES | NEGATIVE | mg/L | 0.500 |
| BARBITURATES | NEGATIVE | mg/L | 0.200 |
| BENZODIAZEPINES | NEGATIVE | mg/L | 0.200 |
| COCAINE METABOLITE | NEGATIVE | mg/L | 0.150 |
| MDMA/MDA | NEGATIVE | mg/L | 0.300 |
| METHADONE | NEGATIVE | mg/L | 0.300 |
| METHAQUALONE | NEGATIVE | mg/L | 0.300 |
| OPIATES | NEGATIVE | mg/L | 0.300 |
| OXYCODONE | NEGATIVE | mg/L | 0.100 |
| PHENCYCLIDINE | NEGATIVE | mg/L | 0.025 |
| PROPOXYPHENE | NEGATIVE | mg/L | 0.300 |
| CANNABINOIDS | NEGATIVE | mg/L | 0.050 |
| TRICYCLICS | NEGATIVE | mg/L | 0.300 |

Specimens were intact upon receipt.  Chain of custody, specimen security and integrity has been mantained.  Testing has been performed as requested

Reviewed by:_____ Date:_____

**FINAL REPORT - THIS COMPLETES REPORTING ON THIS CASE**

TOXICOLOGY_REPORT

GREER, CHRISTOPHER

Printed: 02/08/13 12:10

Form: MM Single RLIT



**Wuesthoff**
REFERENCE
LABORATORY

W sthoff Reference Laboratory
6800 Spyglass Court
Melbourne, Florida 32940
Julie Bell, M.D., Laboratory Director



| | |
|---|---|
| Patient: GREER, CHRISTOPHER | Age: 49  Sex: M |
| Client Patient ID:  18-13-034 | Account#:  VX82636 |
| Physician:  PODJASKI, KRZYSZTOF | Client: DIST 18 MEDICAL EXAMINER |

**TOXICOLOGY**

| Specimen Collected :01/14/2013 | Lab Order No: 660701464 | Reg Date: 06/07/16 |
|---|---|---|

| Test Name | Result | Units | Cutoff/Reporting Limits |
|---|---|---|---|

*VOLATILE PANEL - VOLP*

SPECIMEN TYPE
CHEST FLUID

| | | | |
|---|---|---|---|
| ETHANOL | 0.209 | g/dL | 0.010 |
| ACETONE | NONE DETECTED | mg/dL | 7.5 |
| METHANOL | NONE DETECTED | mg/dL | 15.0 |
| ISOPROPANOL | NONE DETECTED | mg/dL | 15.0 |

Note:  Specimen collection container effectiveness has not been established for a specimen stored for more than two years.

Analysis by Gas Chromatography (GC) Headspace Injection

*GABAPENTIN - GABP*

SPECIMEN TYPE
CHEST FLUID

| | | | |
|---|---|---|---|
| GABAPENTIN | 2.5 | mg/L | 1.0 |

Target anti-epileptic range in refractory patients:
2.0 - 20 mg/L.

Analysis by GC/MS

*CLONAZEPAM AND METABOLITE - CLNMS*

SPECIMEN TYPE
CHEST FLUID

| | | | |
|---|---|---|---|
| CLONAZEPAM | 7.0 | ng/mL | 2.0 |

Therapeutic range:
10 - 75 ng/mL.
Toxic:
Greater than 100 ng/mL.

| | | | |
|---|---|---|---|
| 7-AMINO-CLONAZEPAM | 37 | ng/mL | 2.0 |

Plasma concentrations following chronic therapy with 6 mg/day of Clonazepam:
20 - 140 ng/mL.

Testing performed by NMS Labs, 3701 Welsh Rd, Willow Grove, PA 19090-2910



**Wuesthoff**
REFERENCE
LABORATORY

**W**'sthoff Reference Laboratory    )
6800 Spyglass Court
Melbourne, Florida 32940
Julie Bell, M.D., Laboratory Director

Patient:  GREER, CHRISTOPHER
Client Patient ID:  18-13-034
Physician:  PODJASKI, KRZYSZTOF

Age:  49  Sex:  M
Account#:  VX82636
Client: DIST 18 MEDICAL EXAMINER

**TOXICOLOGY**

| | | | |
|---|---|---|---|
| Specimen Collected :01/14/2013 | Lab Order No: 660701464 | | Reg Date: 06/07/16 |
| Test Name | Result | Units | Cutoff/Reporting Limits |

*CYCLOBENZAPRINE - CYNMS*

SPECIMEN TYPE
  CHEST FLUID

| | | | |
|---|---|---|---|
| CYCLOBENZAPRINE | 12 | ng/mL | 2.0 |

Reported therapeutic range in plasma:
approximately 4 - 40 ng/mL.

Testing performed by NMS Labs, 3701 Welsh Rd, Willow Grove, PA 19090-2910

*PROPOXYPHENE AND METABOLITE - PPNMS*

SPECIMEN TYPE
  CHEST FLUID

| | | | |
|---|---|---|---|
| PROPOXYPHENE | NONE DETECTED | mcg/mL | 0.10 |

Average serum concentrations following a daily regimen of 195 mg Propoxyphene:
0.42 mcg Propoxyphene/mL.

| | | | |
|---|---|---|---|
| NORPROPOXYPHENE | NONE DETECTED | mcg/mL | 0.10 |

Average serum concentrations following a daily regimen of 195 mg Propoxyphene:
1.45 mcg Norpropoxyphene/mL.

Testing performed by NMS Labs, 3701 Welsh Rd, Willow Grove, PA 19090-2910

**TOXICOLOGY**

| | | | |
|---|---|---|---|
| Specimen Collected :01/14/2013 | Lab Order No: 660800791 | | Reg Date: 06/07/16 |
| Test Name | Result | Units | Cutoff/Reporting Limits |

*VOLATILE PANEL, VITREOUS - VOLPV*

SPECIMEN TYPE
  VITREOUS

| | | | |
|---|---|---|---|
| ETHANOL | 0.228 | g/dL | 0.010 |
| ACETONE | NONE DETECTED | mg/dL | 7.5 |
| METHANOL | NONE DETECTED | mg/dL | 15.0 |
| ISOPROPANOL | NONE DETECTED | mg/dL | 15.0 |

Note:  Specimen collection container effectiveness has not been established for
a specimen stored for more than two years.

TOXICOLOGY_REPORT
Form: MM Single RLIT

GREER, CHRISTOPHER
Page 2 of 3

Printed: 06/24/16 11:29



**Wuesthoff**
REFERENCE
LABORATORY

**W sthoff Reference Laboratory**
6800 Spyglass Court
Melbourne, Florida 32940
Julie Bell, M.D., Laboratory Director

| | |
|---|---|
| Patient:  GREER, CHRISTOPHER | Age:  49   Sex:  M |
| Client Patient ID:   18-13-034 | Account#:  VX82636 |
| Physician:   PODJASKI, KRZYSZTOF | Client: DIST 18 MEDICAL EXAMINER |

**TOXICOLOGY**

| Specimen Collected :01/14/2013 | Lab Order No: 660800791 | Reg Date: 06/07/16 |
|---|---|---|

| Test Name | Result | Units | Cutoff/Reporting Limits |
|---|---|---|---|

Analysis by Gas Chromatography (GC) Headspace Injection

Specimens were intact upon receipt.  Chain of custody, specimen security and integrity has been mantained.  Testing has been performed as requested

Reviewed by:_____ Date:_____

**FINAL REPORT - THIS COMPLETES REPORTING ON THIS CASE**

TOXICOLOGY_REPORT                    GREER, CHRISTOPHER
Form: MM-Single RLIT                    Page 3 of 3                    Printed: 06/24/16 11:29