05/02/2013  11:03  3216177546                SA018                        PAGE  02/02

# OFFICE OF THE STATE ATTORNEY
### EIGHTEENTH JUDICIAL CIRCUIT OF FLORIDA
### BREVARD AND SEMINOLE COUNTIES

**Brevard County Office**
2725 Judge Fran Jamieson Way
Bldg. D
Viera, FL 32940-6605
(321) 617-7510

# PHIL ARCHER
### STATE ATTORNEY

**Seminole County Office**
101 Bush Blvd.
P.O. Box 8006
Sanford, FL 32772-8006
(407) 665-6000



Reply to: Viera

May 2, 2013

Special Agent Ryan Bliss
Florida Department of Law Enforcement
317 Riveredge Blvd., Suite 102
Cocoa, Florida 32922

Re: Officer Involved Shooting Investigation
    FDLE Case No.: ME-27-0058

Dear Agent Bliss:

    Thank you for the detailed investigation that you prepared and presented to this office in reference to the shooting incident that resulted in the death of Christopher Mark Greer. After review of your investigation it is the conclusion of this office that the use of deadly force by Brevard County Deputy Corporal James Haman and Deputy Diomedis Canela was lawful pursuant to Chapter 776, Florida Statutes, and that their actions do not subject either officer to criminal prosecution.

    It is my understanding that the Brevard County Sheriff's Office is conducting an administrative review of this incident to determine if departmental policies were followed by these deputies. This letter should not be interpreted as any comment on any administrative review or action that the Brevard County Sheriff's Office deems appropriate.

Sincerely,

PHIL ARCHER

PA/RWH:clr
c: Sheriff Wayne Ivey
   Brevard County Sheriff's Office