UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RANDALL GREER,**

    **Plaintiff,**

v.                                                                         **Case No:  6:15-cv-677-Orl-41GJK**

**WAYNE IVEY, TOWN OF
INDIALANTIC, JAMES HAMAN and
DIOMEDIS CANELA,**

    **Defendants.**
_____/

**ORDER**

      THIS CAUSE is before the Court on Defendant Town of Indialantic's ("the Town") Motion to Tax Costs as a Prevailing Party ("Motion to Tax Costs," Doc. 317), Renewed Motion for Attorney's Fees and Costs ("First Motion for Fees," Doc. 314), and Motion for Appellate Attorney's Fees and Costs ("Motion for Appellate Fees," Doc. 329). United States Magistrate Judge Thomas B. Smith issued two Reports and Recommendations ("R&Rs," Doc. Nos. 443, 444), which address the three Motions.

      The first R&R addresses the Motion to Tax Costs, and it recommends that the motion be granted in part and that the Court enter a separate cost judgment for the Town and against Plaintiff in the amount of $7,490.10. (Doc. 443 at 6). This R&R also recommends that the Court otherwise deny the motion but allow the Town fourteen days to file a renewed motion for deposition transcript costs and witness fees. (*Id.*).

      The second R&R addresses the First Motion for Fees and the Motion for Appellate Fees. (*See generally* Doc. 444). Therein, Judge Smith recommends that the First Motion for Fees be granted, that the Motion for Appellate Fees be granted in part, and that the Town be awarded

$27,454.00 in fees for services performed in the district court and $31,136.00 in fees for services performed in the appellate court. (*Id.* at 19). However, Judge Smith recommends that the Town's prayer for costs within the Motion for Appellate Fees be denied without prejudice.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis set forth in the Report and Recommendations. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 443) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant Town of Indialantic's Motion to Tax Costs as a Prevailing Party (Doc. 317) is **GRANTED in part** and **DENIED in part**.

   a. Plaintiff shall pay Defendant Town of Indialantic costs in the amount of $7,490.10.

   b. The Motion is otherwise **DENIED without prejudice**.

   c. **On or before June 15, 2020,** Defendant Town of Indialantic may file a renewed motion for the deposition transcript costs and witness fees.

3. The Report and Recommendation (Doc. 444) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

4. Defendant Town of Indialantic's Renewed Motion for Attorney's Fees and Costs (Doc. 314) is **GRANTED**.

   a. Plaintiff shall pay Defendant Town of Indialantic $27,454.00 in attorney's fees incurred during the district court proceedings.

5. Defendant Town of Indialantic's Motion for Appellate Attorney's Fees and Costs (Doc. 329) is **GRANTED in part** and **DENIED in part**.

a. Plaintiff shall pay Defendant Town of Indialantic $31,136.00 in attorney's fees incurred during the appellate court proceedings.

b. The Motion is **DENIED** in all other respects.

c. **On or before June 15, 2020**, Defendant Town of Indialantic may file a renewed motion seeking appellate costs to the extent those costs may differ from the costs already sought in its Motion to Tax Costs.

**DONE** and **ORDERED** in Orlando, Florida on June 1, 2020.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record