**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801
www.flmd.uscourts.gov

| | |
|---|---|
| Elizabeth M. Warren<br>Clerk of Court | Benjamin C. Wynn<br>Orlando Division Manager |

**DATE:** February 3, 2021

**TO:** Clerk, U.S. Court of Appeals for the Eleventh Circuit

**RANDALL GREER,**

    **Plaintiff,**

**v.**    Case No: 6:15-cv-677-Orl-41GJK

**WAYNE IVEY, TOWN OF INDIALANTIC,**
**JAMES HAMAN and DIOMEDIS CANELA,**

    **Defendants.**

## CERTIFICATE OF READINESS OF RECORD ON APPEAL
### AND RECORD ON APPEAL

**U.S.C.A. Case No.:**    20-13542

Pursuant to Federal Rules of Appellate Procedure 11(c), the Clerk of the United States District Court for the Middle District of Florida hereby certifies that the record is complete for purposes of this appeal. The following documents will be forwarded upon the request of the USCA:

- Complete Record on Appeal:

    1    Volume of Exhibits: One sealed CD labeled as Exhibit B (located at DE #242), three CDs labeled as Plaintiff's Exhibits 1, 46, and 755 (located at DE #417), and one CD labeled as Defendant's Exhibit 113A (located at DE #418).

        ELIZABETH M. WARREN, CLERK

        By:    s/TP, Deputy Clerk